this court must reverse and remand to the circuit court with directions to reinstate the verdict in favor of the plaintiff and against the defendant. *Nolan v. Shaf Manufacturing Co.*, 128 Ill.App.2d 19, 261 N.E.2d 209.

Reversed and remanded with directions.

CRAVEN and SIMKINS, JJ., concur.

HARRIETTE MILLER, Plaintiff-Appellee, *v.* SIMEON E. MILLER, Defendant-Appellant.

(No. 12225; )

Fourth District—May 8, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Edward L. Welch, of Edwardsville, for appellant.

Albert H. Hoopes, of Bloomington, for appellee.